■ Leah Sieden et al., Respondents, v Harry Copen et al., Appellants.—Appeal from an order of the Supreme Court, New York County (Irma Santaella, J.), entered on or about June 9, 1988, unanimously dismissed as nonappealable (CPLR 5701 [a] [2] [v]), without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Carro, Asch, Smith and Rubin, JJ.

■ The People of the State of New York v William Allen.—This court's order (147 AD2d 352) entered on February 2, 1989, and memorandum decision filed therewith, amended to reflect the fact that the indeterminate prison term the defendant received for assault in the second degree was 2⅓ to 7 years. Concur—Murphy, P. J., Kupferman, Asch, Kassal and Wallach, JJ.